IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


UNITED STATES OF AMERICA
                                                                                PLAINTIFF

VS.                              CASE NO. 4:07-cr-40010

JAMES KEVIN HARRIS                                             DEFENDANT


## ORDER

Before the Court is the Government's Motion to Dismiss the Petition to Revoke Supervised Release.  (ECF No. 20).  Upon consideration, the Court finds that the motion (ECF No. 20) should be and hereby is **GRANTED**.  The Petition to Revoke Supervised Release is **DIMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of December, 2013.


/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge